JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA, <br> Petitioner, <br> v. <br> W.L. MUNIZ, Warden, <br> Respondent. | Case No. CV 16-7787-JFW (SP) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Petition for Writ of Habeas Corpus for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: February 8, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE